versed and remanded. See, also, 157 App. Div. 910, 142 N. Y. Supp. 1148. Frederick M. Thompson, of New York City, for appellant. L. F. Fish, of New York City, for respondent.

PER CURIAM. There was no evidence to support the finding that the plaintiff was free from contributory negligence, and the motion to dismiss the complaint, made on the trial, should have been granted. The judgment is therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, and vote for affirmance.

UNION BANK OF BROOKLYN v. SCHNEIDER et al. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by the Union Bank of Brooklyn against David Schneider and others. Rosie Feiner and others, appellants. No opinion. Judgment of the County Court of Kings County affirmed, with costs. See, also, 149 App. Div. 928, 133 N. Y. Supp. 1148.

UNION TRUST CO. OF NEW JERSEY, Respondent, v. WILLIAM R. JENKINS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by the Union Trust Company of New Jersey against the William R. Jenkins Company. M. Kirtland, of New York City, for appellant. W. M. K. Olcott, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

UNITED PRODUCE CO., Respondent, v. PADDLEFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the United Produce Company against Jesse F. Paddleford. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED STATES TITLE GUARANTY CO., Respondent, v. LE CORN BLDG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by the United States Title Guaranty Company against the Le Corn Building Company. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

VAN CLEFT, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Joseph Van Cleft against Ella D. Williams and another, as trustees, etc. No opinion. Judgment affirmed, with costs.

VAN TASSEL et al., Appellants, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Ambrose Van Tassel and another against Alonzo Brown and others.

PER CURIAM. Upon filing proof by service of the affidavit and notice of motion upon the attorney for plaintiffs, the motion will be grant-

ed, and the order heretofore made (145 N. Y. Supp. 1148) resettled, so as to permit defendant to interpose an answer upon the terms previously stated, setting up any equitable claim, if any, that he might have for improvements made upon the property by him, or by reason of any taxes paid by him upon said property.

VARNUM, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Robert T. Varnum, as executor, against William M. Barrett, as president, etc. E. G. Benedict, of New York City, for appellant. E. F. Lindsay, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent, on Canfield v. New York Trans. Co., 128 App. Div. 450, 112 N. Y. Supp. 854.

VENTIMIGLIA v. EICHNER et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Maria J. Ventimiglia against Minna Eichner, as administratrix, and the City of New York. C. A. Peters, of New York City, for appellant. G. A. Moses, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 395; 155 App. Div. 236, 146 N. Y. Supp. 1116.

VENTIMIGLIA v. EICHNER. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Maria J. Ventimiglia against Minna Eichner. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1116.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GAS LIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the Village of Fredonia against the Fredonia Natural Gas Light Company and others.

PER CURIAM. Order (145 N. Y. Supp. 820) reversed, with $10 costs and disbursements, and motion to vacate the injunction denied, with $10 costs, with leave to renew at Special Term the motion to vacate the injunction, in case plaintiff neglects to proceed with due diligence to the trial of the action. Held, that there is sufficient doubt as to the law and facts involved, respecting the right of the defendant to lay its pipes as proposed, to require the reinstatement of the preliminary injunction until the hearing and determination of the action. See, also, 145 N. Y. Supp. 1149.

ROBSON, J., dissents, and votes for affirmance. LAMBERT, J., not sitting.

VIRGINIA STATE INS. CO., Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the